# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## PROBATION AND PRETIAL SERVICES OFFICE

### Memorandum

**DATE:** September 15, 2017

**TO:** Brian Morris, U.S. District Judge

**FROM:** Cameron Sinner, U.S. Probation Officer

**SUBJECT:** REQUEST FOR COURT'S AUTHORIZATION TO DISPOSE OF EVIDENCE

It is no longer necessary to maintain evidence relative to the violation conduct of offender **Brian Karl Frederick Jr, Docket Number 4:12CR00079-001-GF-BMM**.

I am requesting that the Court hereby approve disposal or destruction of the following evidence relative to the offender's case:

**One digital scale labeled "Hornady", one spice grinder (used for grinding marijuana into a powdery form), one small black marijuana container labeled "Ghost Train Haze", and one small gray marijuana container labeled "Sour Diesel."**

Such disposal may consist of destruction or disposal of the property, turning the property over to an allied law enforcement agency for destruction and/or disposal, or returning to property to its rightful owner, in accordance with the policies and procedures of the U.S. Probation Office for the District of Utah.

Mr. Frederick was supervised in the District of Utah from December of 2015 to June of 2017, prior to returning to the District of Montana for violation proceedings in July of 2017.

APPROVED _____*Brian Morris*_____  9/19/2017
Brian Morris, U.S. District Judge    Date

DENIED _____  _____
Brian Morris, U.S. District Judge    Date